**Electronically Filed
Supreme Court
SCAD-21-0000444
23-OCT-2023
09:47 AM
Dkt. 74 ORD**

SCAD-21-0000444

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

IN RE: GRANT K. KIDANI (Deceased)
Bar No. 2152

_____

ORIGINAL PROCEEDING
(ODC No. 21-0151)

<u>ORDER</u>
(By: Recktenwald, C.J., McKenna and Eddins, JJ.,
and Intermediate Court of Appeals Chief Judge Ginoza,
and Intermediate Court of Appeals Associate Judge Leonard,
assigned by reason of vacancies)

Upon consideration of the October 4, 2023 report and motion for fees and costs, submitted by attorney Alika L. Piper, as Trustee over the law practice of deceased attorney Grant K. Kidani, pursuant to Rule 2.20 of the Rules of the Supreme Court of the State of Hawai‘i (RSCH), the exhibits appended thereto, the October 11, 2023 statement from Bradley R. Tamm, as Trustee Administrator at the Office of Disciplinary Counsel, and the record in this matter, we conclude that Trustee Piper has fulfilled the duties as Trustee and that nothing further remains for Trustee to do in this matter.  We find that the fees

requested are supported by a timesheet, are well documented, and that the hours are reasonable and related to the work, and that the costs requested are related to the trusteeship and supported by receipt.  Therefore,

IT IS HEREBY ORDERED that the report is approved.

IT IS FURTHER ORDERED that the motion for fees and costs is approved in full.  The Disciplinary Board of the Hawai'i Supreme Court shall, within 30 days after the entry date of this order, pay Trustee Piper $7,972.50 for fees earned, $375.66 in General Excise Tax, calculated at the City & County of Honolulu rate of 4.712%, and $119.20 in reimbursement for costs incurred, totaling $8,467.36.

IT IS FURTHER ORDERED that Trustee Piper is discharged as Successor Trustee, though, as a final act as Trustee, Trustee Piper shall relinquish control of the IOLTA account ending in x8327 to the Bank of Hawaii, for the bank to manage according to its policies and procedures.

DATED:  Honolulu, Hawai'i, October 23, 2023.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Katherine G. Leonard



2